**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN-HENRY BAKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SMITHKLINE BEECHAM CORPORATION | : | |
| d/b/a GLAXOSMITHKLINE | : | NO. 11-4078 |

## ORDER

**AND NOW**, this 12th day of December, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 5), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

　　　　　　　　　　　　　　　　　　　　　　/s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.